DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
GUSTANO ADOLFO AYON-PLASCENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 10-472-EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: February 25, 2011 |
| GUSTANO ADOLFO AYON- ) | TIME: 10:00 a.m. |
| PLASCENCIA, ) | JUDGE: Hon. Edward J. Garcia |
| ) | |
| Defendant. ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, GUSTANO ADOLFO AYON-PLASCENCIA, by and through his counsel, MATTEHW M. SCOBLE, Assistant Federal Defender, that the status conference set for Friday, January 21, 2011, be continued to Friday, February 25, 2011, at 10:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 25, 2011, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 19, 2011        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
GUSTANO ADOLFO AYON-PLASCENCIA

DATED: January 19, 2011        BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew M. Scoble for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 25, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: <u>January 19</u>, 2011.        /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge