1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   GUSTAVO ADOLFO AYON-PLASCENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 10-472-EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: March 25, 2011 |
| GUSTAVO ADOLFO AYON- | ) | TIME: 10:00 a.m. |
| PLASCENCIA, | ) | JUDGE: Hon. Edward J. Garcia |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, GUSTAVO ADOLFO AYON-PLASCENCIA, by and through his counsel, MATTEHW M. SCOBLE, Assistant Federal Defender, that the status conference set for Friday, February 25, 2011, be continued to Friday, March 25, 2011, at 10:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 25, 2011, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 23, 2011    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
GUSTAVO ADOLFO AYON-PLASCENCIA

DATED: February 23, 2011    BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew M. Scoble for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED**. Time is excluded from today's date through and including March 25, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: February 24, 2011.    /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge